IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3044-5 |
| | ) | |
| v. | ) | |
| | ) | |
| BELINDA ROGERS, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

No objection has been filed to plaintiff's motion to dismiss. Accordingly,

IT IS ORDERED that plaintiff's motion to dismiss (filing 270) is granted. The plaintiff's motion to reduce sentence pursuant to Rule 35(b) (filing 231) is dismissed.

DATED this 9th day of October, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge